# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# <u>EUGENE</u> DIVISION

Brandon L Glassman
~~[scribbled out]~~
(Enter full name of plaintiff(s))
Plaintiff(s),

v.

Mark Braun, Tina lovik, Michelle Duncan, Bobbie France
(Enter full name of ALL defendant(s))
In official And Individual Capacity

Defendant(s).

Civil Case No. 6:24-cv-705 MK
*(to be assigned by Clerk of the Court)*

**APPLICATION TO PROCEED**
*IN FORMA PAUPERIS*

I, Brandon Charles Glassman, declare that I am the plaintiff in the above-entitled proceeding. In support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor, and that I am entitled to the relief sought in the complaint or petition.

In support of this application, I answer the following questions:

1. Are you currently incarcerated? ☒ Yes   ☐ No
   If "Yes," state the place of your incarceration: Linn County Jail
   **If "Yes" and you are filing a civil action or habeas corpus proceeding, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?   ☐ Yes ☒ No   ☐ Self-employed
   a. If the answer is "Yes," state:
      Employer's name: _____
      Employer's address: _____
      Amount of take-home pay or wages: $_____ per _____ *(specify pay period)*

**Revised March 1, 2017**
**Page 1**                                                                USDC - Oregon

b. If the answer is "No," state:
Name of last employer: ~~REA~~ Corvallis Landfill
Address of last employer: N/A
Date of last employment: 1/30/~~2020 2020~~ 2021 "worked for a couple ic days
Amount of take-home salary or wages: $200 APx per TOTAL (specify pay period)

3. Is your spouse employed? ☐ Yes ☐ No ☐ Self-employed ☒ Not applicable

    a. If the answer is "Yes," state:
    Employer's name: _____
    Employer's address: _____
    Amount of take-home pay or wages: $_____ per _____ (specify pay period)

    b. Do you have access to your spouse's funds to pay the filing fee in this case? ☐ Yes ☒ No
    
    Please explain your answer below:
    Single

    c. If your spouse's income or assets are available to you to pay the filing fee in this case, would your spouse have enough money left to pay for his or her own expenses?
    
    ☐ Yes ☒ No   If the answer is "No," please explain below:
    Single, No spouse

4. In the past 12 months have you received any money from any of the following sources?

    a. Business, profession, or other self-employment  ☐ Yes ☒ No
    If "Yes," state: Amount received: $ _____
    Amount expected in future: $ _____

    b. Rent payments, interest, or dividends  ☐ Yes ☒ No
    If "Yes," state: Amount received: $ _____
    Amount expected in future: $ _____

    c.    Pensions, annuities, or life insurance payments  ☐ Yes ☒ No

        If "Yes," state: Amount received:  $ _____

        Amount expected in future:  $ _____

    d.    Disability or workers' compensation payments  ☐ Yes ☒ No

        If "Yes," state: Amount received:  $ _____

        Amount expected in future:  $ _____

    e.    (Gifts or inheritances)  ☒ Yes ☒ No

        If "Yes," state: Amount received:  $ 325.00

        Amount expected in future:  $ 0

    f.    Any other sources  ☐ Yes ☒ No

        If "Yes," state: Source: _____

        Amount received:  $ _____

        Amount expected in future:  $ _____

5.    Do you have cash or checking or savings accounts? (including prison trust accounts)?  ☒ Yes ☐ No

    If "Yes," state the total amount: $ 0

6.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?  ☐ Yes ☒ No

    If "Yes," describe the asset(s) and state the value of each asset listed:

_____
_____
_____
_____

7.    Do you have any other assets?  ☐ Yes ☒ No

    If "Yes," list the asset(s) and state the value of each asset listed:

_____
_____
_____
_____

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?  ☐ Yes  ☒ No

   If "Yes," describe and provide the amount of the monthly expense:

   _____

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

   _____

10. Do you have any debts or financial obligations?  ☒ Yes  ☒ No

    If "Yes," describe the amounts owed and to whom they are payable:
    2,000$ Linn County Court fees
    300$ Linn County jail Inmate fees

**If I am incarcerated and filing a prisoner civil rights complaint, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court, payments toward the full filing fee of $350.00 for a prisoner civil rights complaint, in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

4/3/24
DATE

Brandon Glassman
SIGNATURE OF APPLICANT

Brandon Glassman
PRINTED NAME OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration.)

I certify that GLASSMAN, BRANDON (name of applicant) has the sum of $ 0

on account to his/her credit at Linn County Jail (name of institution). I

further certify that during the past six months the applicant's average monthly balance was $ 108 $\frac{33}{}$.

I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 108 $\frac{33}{}$.

**I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.**

4/3/24
DATE

TED LANGLEY - JAIL COMMANDER
SIGNATURE OF AUTHORIZED OFFICER

| User: Q46080 | LINN COUNTY SHERIFF`S OFFICE | 04/03/2024 14:23:25 |

## Inmate Cash Account Withdrawal
### Cash Account Journal

Inmate: Brandon Charles Glassman

| No | Date/Time | Amount | Made By | Notes | Officer | Chk # | Chk Date |
|---|---|---|---|---|---|---|---|
| 1 | ▓▓▓ | ▓▓ | | ▓▓▓ | ▓▓▓ | | |
| 2 | ▓▓▓ | ▓▓▓ | | ▓▓▓ | ▓▓▓ | | |
| 3 | ▓▓▓ | ▓▓▓ | | ▓▓▓ | ▓▓▓ | | |
| 4 | ▓▓▓ | ▓▓▓ | | ▓▓▓ | ▓▓▓ | | |
| 5 | ▓▓▓ | ▓▓▓ | | ▓▓▓ | ▓▓▓ | | |
| 6 | ▓▓▓ | ▓▓▓ | | ▓▓▓ | ▓▓▓ | | |
| 7 | ▓▓▓ | ▓▓ | | ▓▓▓ | ▓▓▓ | | |
| 8 | ▓▓▓ | ▓▓▓ | | ▓▓▓ | ▓▓▓ | | |
| 9 | ▓▓▓ | ▓▓ | | ▓▓▓ | ▓▓▓ | | |
| 10 | ▓▓▓ | ▓▓▓ | | ▓▓▓ | ▓▓▓ | | |
| 11 | ▓▓▓ | ▓▓▓ | | ▓▓▓ | ▓▓▓ | | |
| 12 | ▓▓▓ | ▓▓▓ | | ▓▓▓ | ▓▓▓ | | |
| 13 | ▓▓▓ | ▓▓▓ | | ▓▓▓ | ▓▓▓ | | |
| 14 | ▓▓▓ | ▓▓▓ | | ▓▓▓ | ▓▓▓ | | |
| 15 | ▓▓▓ | ▓▓▓ | | ▓▓▓ | ▓▓▓ | | |
| 16 | ▓▓▓ | ▓▓▓ | | ▓▓▓ | ▓▓▓ | | |
| 17 | ▓▓▓ | ▓▓▓ | | | ▓▓▓ | | |
| 18 | 02/04/2024 08:52 | $40.00 | | Telmate Import | Griffith, D | | |
| 19 | 02/04/2024 08:52 | $-13.29 | Brandon Charles | Fee Payment | Griffith, D | | |
| 20 | 02/04/2024 08:52 | $-6.71 | Brandon Charles | Fee Payment | Griffith, D | | |
| 21 | 02/04/2024 20:43 | $40.00 | | Telmate Import | Melin, J | | |
| 22 | 02/04/2024 20:43 | $-20.00 | Brandon Charles | Fee Payment | Melin, J | | |
| 23 | 02/07/2024 08:49 | $-39.80 | Brandon Charles | commissary 02/10/24 558 [02/07/2024 08:49, Q43572, 87, LCSO] | Grimes, M | | |
| 24 | 02/12/2024 00:04 | $40.00 | | Telmate Import | Melin, J | | |
| 25 | 02/12/2024 00:04 | $-20.00 | Brandon Charles | Fee Payment | Melin, J | | |
| 26 | 02/14/2024 08:57 | $-19.67 | Brandon Charles | commissary 02/17/24 558 [02/14/2024 08:57, | Grimes, M | | |

jcash1    Page 1

Inmate: Brandon Charles Glassman

| No | Date/Time | Amount | Made By | Notes | Officer | Chk # | Chk Date |
|---|---|---|---|---|---|---|---|
| | | | | Q43572, 87, LCSO] [02/14/2024 08:58, Q43572, 87, LCSO] | | | |
| 27 ) | 02/20/2024 14:59 | $-0.53 | Brandon Charles | Fee Payment | Grimes, M | | |
| 28 ) | 02/20/2024 20:09 | $25.00 | | Telmate Import | Berger, N | | |
| 29 ) | 02/20/2024 20:09 | $-12.50 | Brandon Charles | Fee Payment | Berger, N | | |
| 30 ) | 02/26/2024 01:02 | $40.00 | | Telmate Import | Berger, N | | |
| 31 ) | 02/26/2024 01:02 | $-20.00 | Brandon Charles | Fee Payment | Berger, N | | |
| 32 ) | 02/28/2024 09:09 | $-31.62 | Brandon Charles | commissary 03/02/24 558 [02/28/2024 09:10, Q43572, 87, LCSO] | Grimes, M | | |
| 33 ) | 03/05/2024 02:28 | $50.00 | | Telmate Import | Berger, N | | |
| 34 ) | 03/05/2024 02:28 | $-25.00 | Brandon Charles | Fee Payment | Berger, N | | |
| 35 ) | 03/10/2024 18:05 | $40.00 | | Telmate Import | Schrader, M | | |
| 36 ) | 03/10/2024 18:05 | $-20.00 | Brandon Charles | Fee Payment | Schrader, M | | |
| 37 ) | 03/13/2024 08:43 | $-36.95 | Brandon Charles | commissary 03/16/24 558 [03/13/2024 08:43, Q43572, 87, LCSO] | Grimes, M | | |
| 38 ) | 03/19/2024 09:54 | $-5.65 | Brandon Charles | commssary 03/23/24 558 [03/19/2024 09:54, Q43572, 87, LCSO] | Grimes, M | | |
| 39 ) | 03/20/2024 08:41 | $-3.28 | Brandon Charles | Fee Payment | Grimes, M | | |
| 40 ) | 03/24/2024 21:54 | $50.00 | | Telmate Import | Schrader, M | | |
| 41 ) | 03/24/2024 21:54 | $-25.00 | Brandon Charles | Fee Payment | Schrader, M | | |
| 42 ) | 03/27/2024 07:35 | $-24.61 | Brandon Charles | Commissary 032724 [03/27/2024 07:35, Q46080, 133, LCSO] | Langley, T | | |
| 43 ) | 04/03/2024 11:30 | $-0.39 | Brandon Charles | Fee Payment | Grimes, M | | |

| | **Total Deposits** | $325.00 | **Total Withdrawals** | $-325.00 | **Balance** | $0.00 |
|---|---|---|---|---|---|---|
| | | | Fees Paid to Jail | $166.70 | | |
| | | | Monies used by AIC | $158.30 | | |