FILED 25 APR '24 10:33 USDC-ORP

Full name: Brandon Glassman
Address: 1115 SE Jackson Street
Albany, OR, 97321
Phone: (503) 939-4952
E-mail: glassmanbrandon2@gmail.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

Brandon Glassman

Case No.: 6:24-cv-705-MK

*(List the full name(s) of the plaintiff(s)/petitioner(s))*

v.

Michelle Duncan, Tina Lovik, ~~[scribbled]~~ Mark Braun, Bobbie France

*(List the full name(s) of the defendant(s)/respondent(s))*

**MOTION FOR APPOINTMENT OF PRO BONO COUNSEL**

I, Brandon Glassman, ask the Court to request a pro bono attorney to represent me in this action.

I need an attorney in this case because (briefly explain why you need an attorney in this case): Cannot afford to hire a lawyer, Imprisonment will greatly limit ability to litigate this case, Never been a party to a civil legal proceeding, The case is complex and a lawyer help apply the law properly in briefs and before the courts, Lawyer would help in substantial amount of investigation and discovery.

To support this motion, I declare under penalty of perjury that the following information is true and correct:

1. When I filed this case (check the appropriate box):
   ☒ I filed an IFP application in this case and it is still an accurate representation of my current financial status.

   ☐ I paid the filing fee for this case and did not file an IFP application.

   ☐ I did not pay the filing fee for this case and I did not file an IFP application (explain below):

   _____
   _____

2. I am requesting an attorney to represent me as a(n):
☒ Individual ☐ Company (LLC, LLP, etc.)

3. I am currently incarcerated: ☒ Yes ☐ No **If yes**, where are you currently incarcerated: Linn County Jail

4. I contacted a lawyer, law firm, or legal clinic to try to obtain legal representation.
☒ Yes ☐ No **If yes**, list the lawyers, law firms, or clinics you contacted and their responses to your requests: I have sent multiple letters over the course of the past month and yet to have heard back from any of the Law firms or associations I have contacted in regards to legal appointment in this case. The places I have contacted are: ACLU, National Prison Project, American Bar Association, Oregon State Bar Association, American Civil Liberties Unions National Prison Project, Georgetown Law Journal and Columbia Human Rights Law Review

5. I am currently employed (self or other): ☐ Yes ☒ No
**If yes**, complete the following:
Employer name: _____ Take home pay: $_____
Employer address: _____ Per: ☐ Hour ☐ Week ☐ Month
_____ Time on job: _____ ☐ Months ☐ Years

6. My significant-other is currently employed (self or other): ☐ Yes ☐ No ☒ N/A
**If yes**, complete the following:
Employer name: _____ Take home pay: $_____
Employer address: _____ Per: ☐ Hour ☐ Week ☐ Month
_____ Time on job: _____ ☐ Months ☐ Years

7. I received money from the following sources in the last 12 months (check all that apply):
☐ Business (professions, self-employment) in the amount of: $_____
☐ Rental properties, interest, or dividends in the amount of: $_____
☐ Pensions, annuities, or life insurance in the amount of: $_____
☐ Disability or workers compensation in the amount of: $_____
☐ Unemployment benefits in the amount of: $_____
☐ Other (describe): _____ in the amount of: $_____
☒ None of the above.

8. I own the following assets (check all that apply):
☐ Stocks (describe): _____ in the amount of: $_____
☐ Real estate (describe): _____ in the amount of: $_____
☐ Bonds (describe): _____ in the amount of: $_____
☐ Securities (describe): _____ in the amount of: $_____

☐ Automobiles (describe): _____ valued at: $_____
☐ Other (describe): _____ in the amount of: $_____
_____ in the amount of: $_____
_____ in the amount of: $_____
☒ None of the above.

9. I have money in the following accounts (check all that apply):
☐ Checking, total current balance of: $_____
☐ Savings, total current balance of: $_____
☐ Certificate of Deposit (CD), total current balance of: $_____
☐ Money Market, total current balance of: $_____
☐ Credit union, total current balance of: $_____
☒ Prison trust account, total current balance of: $2.13¢ "Cents"
☐ Other accounts (list all other accounts):
☐ _____ in the amount of: $_____
☐ _____ in the amount of: $_____
☐ None of the above.

10. I am financially responsible for the following monthly expenses (check all that apply):
☐ Rent/mortgage payments in the amount of: $_____
☐ Utilities in the amount of: $_____
☐ Child/spousal support in the amount of: $_____
☐ Credit card/loan payments in the amount of: $_____
☐ Insurance (home, medical, auto) in the amount of: $_____
☐ Transportation/auto payments in the amount of: $_____
☐ Other (list all other monthly expenses):
☐ _____ in the amount of: $_____
☐ _____ in the amount of: $_____
☒ None of the above.

11. I am financially responsible for the following dependents (if under age 18, use initials):

Name or initials: _____ Amount of monthly support: $_____
Relationship to you: _____ Age: _____

Name or initials: _____ Amount of monthly support: $_____
Relationship to you: _____ Age: _____

Name or initials: _____ Amount of monthly support: $_____
Relationship to you: _____ Age: _____

☒ I am not financially responsible for any dependents.

## DECLARATION

1. I declare under the penalty of perjury that my answers to the foregoing questions are true and correct.

2. I understand that if I am assigned an attorney and my attorney learns, either from me or elsewhere, that I can afford an attorney, my attorney may give that information to the Court.

3. I understand that even if the Court grants this application, I will receive pro bono counsel only if an attorney volunteers to take my case, and that there is no guarantee that an attorney will volunteer to represent me.

4. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

Signature of Applicant: *Brandon Glassman*   Date: 4/15/24

Printed Name of Applicant: *Brandon Glassman*