UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| BRANDON C. GLASSMAN, | Case No. 6:24-cv-00705-MK |
| Plaintiff, | ORDER GRANTING LEAVE TO PROCEED IFP AND |
| v. | COLLECTING FILING FEE |
| BOBBIE FRANCE; TINA LOVIK; MARK BRAUN; MICHELLE DUNCAN, | |
| Defendants. | |

KASUBHAI, Magistrate Judge.

Plaintiff, a detainee at the Linn County Jail, files suit under 42 U.S.C. § 1983 and applies for leave to proceed in forma pauperis (IFP). Review of Plaintiff's IFP application reveals that Plaintiff is unable to prepay the fees for this action, and the IFP application is granted. However, the Clerk of the Court shall not issue process until further order of the Court.

Pursuant to the Prison Litigation Reform Act, an individual in custody proceeding IFP is required to pay the full filing fee of $350 when funds exist. 28 U.S.C. § 1915(b)(1). Plaintiff has

1   - ORDER GRANTING LEAVE TO PROCEED IFP AND COLLECTING FILING FEE

authorized the agency having custody of Plaintiff to collect the filing fee from an inmate trust account when funds exist, and the Court will not assess an initial partial filing fee. When funds exist, Plaintiff shall be obligated to make monthly payments of 20 percent of the preceding month's income credited to Plaintiff's trust account. These payments shall be collected and forwarded by the agency having custody of Plaintiff to the Clerk of the Court each time the amount in Plaintiff's trust account exceeds $10.00, until the filing fee is paid in full.

## CONCLUSION

Plaintiff's Application for Leave to Proceed IFP (ECF No. 2) is GRANTED.

IT IS ORDERED that the Linn County Sheriff or a designee shall collect payments from Plaintiff's trust account according to the formula set forth above and forward those payments to the Clerk of the Court until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.

The Clerk of Court is directed to send a copy of this Order to:

Linn County Jail
Attn: Inmate Accounts
1115 Jackson St. SE
Albany, OR  97322

IT IS SO ORDERED.

DATED this 13th day of May 2024.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge

2   - ORDER GRANTING LEAVE TO PROCEED IFP AND COLLECTING FILING FEE