**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF OREGON
740 UNITED STATES COURTHOUSE
1000 S.W. THIRD AVENUE · PORTLAND, OREGON 97204-2902

OFFICIAL BUSINESS

RECVD 22 MAY '24 10:20 USDC-OPP

PORTLAND OR 972
PORTLAND OR RPDC 972
30 APR 2024 PM 5 L
3 MAY 2024 PM 4 L

**REFUSED - RETURN TO SENDER**
✓ No Longer an LCJ inmate
_____ Recipient cannot be Identified
_____ Other_____
_____ See Enclosed
**LINN COUNTY JAIL**

US POSTAGE ᴵᴹᴵ PITNEY BOWES
ZIP 97204
02 7H    $ 000.6
0006179401    APR 29 2

NIXIE        971    7E 1        0105/20/24
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 97204293099        *2289-09774-10-02

Brandon C. Glassman
1115 SE Jackson St.
Albany OR 97321
US

1

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**BRANDON C. GLASSMAN**
Plaintiff,

Case No.: 6:24-cv-00705-MK

v.

**MARK BRAUN, et al.**
Defendant.

### Civil Case Assignment Order

**1.   Presiding Judge:** The above referenced case has been filed in the Eugene Division of the U.S. District Court for the District of Oregon and assigned to:

> Presiding Judge........................Hon. Mustafa Kasubhai
> Presiding Judge's Suffix Code*............................MK
>
> *These letters must follow the case number on all future filings.

**2.   Status or Scheduling Questions:** Questions about the status or scheduling of this case should be directed to the judge's courtroom deputy clerk at:

   Telephone: 541-431-4119
   Email: kashubhai_crd@ord.uscourts.gov

**3.   Filing or Docket Entry Questions:** For questions about filings or docket entries in this case call 541-431-4100 to speak to the case administrator.

**4.   Place of Filing:** Any paper filings must be submitted to the Clerk of Court, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204. (*See* LR 3-1, LR 5-5.)

**5.   District Court Website:** Information about local rules of practice, CM/ECF electronic filing requirements, responsibility to redact personal identifiers from filings, and other related information can be found on the Court's website at ord.uscourts.gov.

**6.   Free Legal Assistance for Pro Se Litigants:** Litigants proceeding pro se (without a lawyer) may qualify for free legal assistance from the Oregon Chapter of the Federal Bar Association's Free Federal Law Clinic. To see if you qualify, apply at fedlawclinic.com.

**7.   Jurisdictional Authority of Magistrate Judges:**

   a.   **Pretrial Administration:** Pursuant to LR 72, the assigned United States Magistrate Judge is authorized to conduct all pretrial proceedings contemplated by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72 without further designation of the Court.

   b.   **Trial by Consent and Appeal Options:** Pursuant to LR 73, 28 U.S.C. § 636(c), and Fed. R. Civ. P. 73, all United States Magistrate Judges in this district are certified to exercise civil jurisdiction in assigned cases and, with the consent of the parties, enter final orders on dispositive motions, conduct trial, and enter final judgment which may be appealed directly to the Ninth Circuit

Court of Appeals (instead of a district judge).

    Parties are encouraged to consent to the jurisdiction of a Magistrate Judge by signing and filing the (attached) Consent to Jurisdiction by a United States Magistrate Judge and Designation of the Normal Appeal Route. There will be no adverse consequences if a party elects not to consent to a Magistrate Judge. A Magistrate Judge, however, may be able to resolve a case earlier as they are primarily assigned only to civil cases.

    Additional information about United States Magistrate Judges in the District of Oregon is available on the Court's website.

**DATED: April 25, 2024**　　　　　　　　　　**MELISSA AUBIN**
　　　　　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　　　　by: /s/ E. Oss
　　　　　　　　　　　　　　　　　　　　　E. Oss, Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**BRANDON C. GLASSMAN**
    Plaintiff,

v.

**MARK BRAUN, et al.**
    Defendant.

Case No.: 6:24-cv-00705-MK

### Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

DATED: _____

Signature: _____

Name and OSB ID: _____

E-mail Address: _____

Firm Name: _____

Mailing Address: _____

City, State, Zip: _____

Parties Represented: _____